IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 19 AM 10: 4_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **SAMMIE L. NETTERS, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 04-2396 Ma/V |
| ) | |
| **TENNESSEE DEPT. OF CORRECTION,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the plaintiffs' April 15, 2005 motion requesting an extension of time within which to file a response to the show cause order, filed April 5, 2005.

For good cause shown, the motion is granted. The plaintiffs shall have additional time to and including April 25, 2005, in which to file a response.

It is so ordered this 18th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02396 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Paul James Springer
LAW OFFICE OF PAUL J. SPRINGER
100 N. Main Bldg.
Ste. 3015
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT